FILED'08 NOV 25 16:09 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TONYA JO YATES,                                                CV. 07-6207 AC

        Plaintiff,                                              ORDER

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.

REDDEN, Judge:

Magistrate Judge John V. Acosta issued Findings and Recommendation (#13) on October 14, 2008. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

When, as here, no objections are filed, the court is not required to give the record *de novo* review. *Lorin Corp. v. Goto & Co., Ltd.,* 700 F2d 1202, 1206 (9th Cir 1983). *See also Britt v.*

OPINION AND ORDER- 1

*Simi Valley Unified School Dist.*, 708 F2d 452, 454 (9th Cir 1983). I find no error. Accordingly, I adopt the Findings and Recommendation of Magistrate Judge Acosta.

The Commissioner's decision denying benefits is reversed and this matter is remanded pursuant to sentence four of 42 USC § 405(g) for further administrative proceedings in accordance with the Findings and Recommendation.

IT IS SO ORDERED.

Dated this 25 day of November, 2008.

/s/ James A. Redden
James A. Redden
United States District Judge

OPINION AND ORDER- 2