FILED'08 NOV 25 16:03USDC-ORP

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

TONYA JO YATES,                      CV. 07-6207 AC

         Plaintiff,                      JUDGMENT

         v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

         Defendant.

Pursuant to the Order reversing the Commissioner's decision denying benefits, this matter is remanded pursuant to sentence four of 42 USC § 405(g) for further administrative proceedings in accordance with the Findings and Recommendation.

IT IS SO ORDERED.

Dated this 25 day of November, 2008.

                                                 /s/ James A. Redden
                                                 James A. Redden
                                                 United States District Judge

JUDGMENT